IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| LOURDES MENDEZ FERNANDEZ, | * | |
| Plaintiff, | * | |
| v. | * | Civil Action No. RDB-17-0120 |
| BALTIMORE COUNTY GOVERNMENT, et al., | * | |
| | * | |
| Defendant. | | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## **MEMORANDUM ORDER**

The Court conducted a telephone conference on the undersigned date with counsel for all parties. By agreement of counsel, the Motions for Summary Judgment filed by the Defendant MTA (ECF No. 48) and by the Defendant Owings Mills Transit, LLC (ECF No. 50) shall be GRANTED with regard to any claims by the Plaintiff under the Americans with Disabilities Act, 42 U.S.C. § 12101, *et seq.* ("ADA"). Furthermore, by agreement of Counsel, the Defendant Baltimore County shall be deemed to have joined in said motions. Therefore, it is hereby ORDERED this 9th day of October 2018, that Judgment is entered in favor of all Defendants with regard to any claims under the ADA.

With regard to any remaining negligence claims in this case, this Court declines to exercise supplemental jurisdiction. 28 U.S.C. § 1367. Accordingly, the Plaintiff's Motion to Remand this case to the Circuit Court for Baltimore County (ECF No. 46) is GRANTED.

Finally, the Clerk of Court is instructed to close this case.

It is SO ORDERED this 9th day of October, 2018.

\_\_\_\_/s/_____
Richard D. Bennett
United States District Judge